

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. AP-76,618

---

### EX PARTE BRIAN SKOLNIK, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. S-08-3093 CR IN THE 36TH DISTRICT COURT
### FROM SAN PATRICIO COUNTY

---

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Skolnik v. State*, No. 13-09-00058-CR (Tex. App.–Corpus Christi, July 15, 2010).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant of his right to file a *pro se* petition for discretionary review. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

Appellate counsel filed a response with the trial court.  He stated that he did not inform Applicant of his right to file a petition for discretionary review until over forty days after the appellate opinion had been issued.  We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in Cause No. 13-08-00058-CR that affirmed his conviction in Case No. S-08-3093 CR from the 36th Judicial District Court of San Patricio County.  Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 14, 2011
Do not publish